NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: PEN PAL, LLC,**

*Appellant*

---

2023-2332

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 90730679.

---

### **O R D E R**

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in

2                                              IN RE: PEN PAL, LLC

accordance with the rules.


                                        FOR THE COURT



June 5, 2024                              Jarrett B. Perlow
    Date                                   Clerk of Court



**ISSUED AS A MANDATE:** June 5, 2024